# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-4648

Writer's e-mail
gmerrill@seyfarth.com

July 29, 2014

**VIA ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:  **Bryant v. Prevent Search LLC, 1:14-cv-04706-SHS**

Dear Judge Stein:

We represent Defendant Prevent Search LLC ("Prevent Search") in the above referenced matter.  We write to request that Prevent Search's time to respond to Plaintiff Keyona Bryant's Complaint be extended from July 31, 2014 until September 4, 2014.  We also write to request that the initial pretrial conference which is currently set for August 13, 2014 be rescheduled for September 24, 2014, or for some other date which is convenient for the Court.  These extensions will not affect any other scheduled dates in this matter.  This is our first request for an extension, and counsel to Ms. Bryant consents to the extensions.

We thank Your Honor for the Court's consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ Gina R. Merrill
    Gina R. Merrill

cc: Adam Guttman Singer, Esq. (via ECF)
    James A. Francis, Esq. (via ECF)
    John Soumilas, Esq. (via ECF)